### FINNEGAN v. GEOGHEGAN.

#### (Supreme Court, Appellate Term. June 30, 1908.)

PRINCIPAL AND AGENT—LIABILITY OF AGENT—MONEY RECEIVED.

Plaintiff bargained with the clerk of defendant, a real estate agent, for the hire of certain premises for one year, beginning November 20, 1907, signed a lease dated November 8th, paid the first month's rental, and deposited as security a sum equivalent to the last month's rental. By agreement the premises were to be ready for occupancy November 20, 1907. The lease was subsequently signed by the owner, but not offered to plaintiff until after the 20th of November. Plaintiff did not meet the owner, but knew who she was and for whom defendant was agent. The premises were not ready at the agreed time, and plaintiff repudiated the lease and sought to recover his money from defendant as money had and received. *Held*, that he could not recover, since he knew of defendant's agency for the owner, and acknowledged it by signing the lease at the time the money was paid.

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Thomas Finnegan against Patrick A. Geoghegan for money had and received. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

James F. Higgins, for appellant.
James W. & Charles F. McDermott, for respondent.

MacLEAN, J.　On November 8, 1907, the plaintiff bargained with Mr. Crosby, clerk of the defendant, a real estate agent, for hiring premises for one year, beginning November 20, 1907, signed a lease dated November 8th, paid the first month's rental, and deposited as security a sum equivalent to the last month's rental.　By agreement the premises were to be ready for occupancy November 20, 1907.　The lease, signed as above by the plaintiff, was later signed by the owner, a Mrs. Lockwood, living in Connecticut, but was not offered the plaintiff until after the 20th of November.　The husband of the owner was introduced by Mr. Crosby on an occasion to the plaintiff's wife, who had acted for him, and the three, Mr. Crosby, Mr. Lockwood, and Mrs. Finnegan, visited the premises, determined what should or what should not be done, and arranged definitely that all would be in readiness for the 20th of November.　They were not ready.　The plaintiff repudiated the lease, and now seeks back from the defendant his money as money had and received.　Thereon he may not recover; for, although he did not meet the owner, he knew who she was and for whom the defendant was agent, and had acknowledged both by signing the lease at the time of paying the money for the first month's rental and depositing the money for the last.　The judgment should be reversed, with costs.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.　All concur.